# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

151051

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CITY OF COLDWATER,
        Plaintiff-Appellee,

v

                                     SC: 151051
                                     COA: 320181
                                     Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 6, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *City of Holland v Consumers Energy Co* (Docket No. 151053).

Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these two cases should be filed in *City of Coldwater v Consumers Energy Co* (Docket No. 151051) only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk

t0930